UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVELINA CALCANO, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>SPACE NK USA LLC<br><br>Defendant. | Case No.:<br>1:19-cv-11384-JPO<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, EVELINA CALCANO, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED, and Defendant, SPACE NK USA LLC, by and through their undersigned counsel, pursuant to 41(a)(1)(A)(ii) hereby stipulate to the dismissal *with prejudice* of the above-captioned action in its entirety, with each party to bear its own fees and costs.

Dated: Melville, NY
June 26, 2020

| LAW OFFICE OF DARRYN G. SOLOTOFF, PLLC | BRYAN CAVE LEIGHTON PAISNER LLP |
|---|---|
| By: _____<br>Darryn Solotoff, Esq.<br>*Attorney for Plaintiff*<br>25 Melville Park Road, Suite 108<br>Melville, New York 11747<br>Tel: 516.695.0052<br>ds@lawsolo.net | By: _____<br>Steven Marc Stimell<br>1290 Avenue of Americas<br>New York, NY 10104<br>Tel. 212.541.2042<br>smstimell@bclplaw.com |